**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01561-CV

### THIRD PARTY ANESTHESIA ADMINISTRATORS, LLC, Appellant

### V.

### STAFF CARE, INC., Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09915

## ORDER

By order entered February 3, 2014, appellant was directed to pay, no later than February 13, 2014, the $195 filing fee that was originally due at the time the appeal was filed. To date, appellant has not complied. Accordingly, we again **ORDER** appellant to pay the fee. We caution appellant that failure to pay the fee, or show appellant is excused by statute or rule from paying the fee, by March 10, 2014 will result in dismissal of the appeal without further notice.

/s/     ELIZABETH LANG-MIERS
        JUSTICE